**Order entered February 13, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00177-CV

### IN RE JULES DYLAN STUER, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-05507**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    AMANDA L. REICHEK
       JUSTICE